UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN COX,<br><br>                Plaintiff,<br>    v.<br><br>FIRST STUDENT INC.,<br><br>                Defendant. | CASE NO. 3:25-cv-05497-DGE<br><br>ORDER TO SHOW CAUSE |

On September 9, 2025, Defendant moved to compel arbitration, arguing Plaintiff is subject to a valid and enforceable arbitration agreement and that all his claims arise out of the agreement. (*See* Dkt. No. 9.) In his opposition to the motion to compel arbitration, Plaintiff argued that forcing him to arbitrate his Washington "unenforceable non-compete clause" claim would prevent the "effective vindication of [his] rights." (Dkt. No. 21 at 13.) Plaintiff asserted Washington Revised Code § 49.62.050 makes clear that "employers may not evade [statutory] protections by requiring Washington-based employees to litigate in another jurisdiction or by imposing another state's law," but did not elaborate further. (*Id.* at 14.)

ORDER TO SHOW CAUSE - 1

Assuming the Court agrees with Plaintiff as to the unenforceability of the arbitration agreement as it pertains to the non-compete clause, the Court seeks further briefing from the Parties on the Court's authority to bifurcate the claims by possibly sending some of the claims to arbitration but not all. The Parties SHALL provide their supplemental briefing, limited to seven pages, no later than **December 3, 2025**.

Dated this 24th day of November 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2